Verna Fleischman, Plaintiff-Appellant, v. City of Chicago, a Municipal Corporation, Defendant-Appellee.

Gen. No. 48,311.

First District, Third Division.

April 26, 1961.

Judgment here in favor of plaintiff for $1,000 and costs. William J. Callahan, of Chicago, for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin and Marsile J. Hughes, Assistant Corporation Counsel, of counsel) for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.